No. 694.   COLGATE-PALMOLIVE-PEET Co. v. NATIONAL LABOR RELATIONS BOARD ET AL.   C. A. 9th Cir.   Certiorari granted limited to the question of the construction of § 8 (3) of the National Labor Relations Act of 1935 [49 Stat. 449, 29 U. S. C. § 158 (3)] in relation to this

914

case. *Philip S. Ehrlich* and *Bartley C. Crum* for petitioner. *Solicitor General Perlman, Robert N. Denham, David P. Findling, Ruth Weyand* and *Bernard Dunau* filed a memorandum for the National Labor Relations Board, respondent. *Mathew O. Tobriner* for the International Chemical Workers Union, A. F. of L., respondent.